**Order entered October 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00923-CR

**DEVON D. ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00628-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the August 3, 2018 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Devon D. Allen, TDCJ No. 02152286, Hutchins Unit, 1500 East Langdon Road, Dallas, Texas, 75241.

/s/      DAVID EVANS
           JUSTICE